FILED
OCT 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,       :
                                :
           v.                   :     CRIMINAL NO. 00-204 (RCL)
                                :
JAIRO MOTTA VARGAS              :
                                :

*Let this be filed.*
*Royce C. Lamberth*
*U.S.D.J.  10/23/07*

## PLEA AGREEMENT

The United States of America, through the Narcotic and Dangerous Drug Section, Criminal Division, United States Department of Justice (hereinafter referred to as the "United States") and JAIRO MOTTA VARGAS (hereinafter referred to as "the defendant") enter into the following agreement:

1. The defendant agrees to plead guilty to Count One of the pending Indictment, charging the defendant with Attempted Murder of an Officer and Employee of the United States, in violation of 18 United States Code Section 1114.

2. The defendant understands that Count One of the Indictment provides the Court with the authority to impose a fine not exceed $250,000.00 pursuant to 18 U.S.C. Section 3571(b). The defendant further understands and acknowledges that, in addition to any fine imposed in this case, a special assessment in the amount of $100 will be imposed on the defendant. The defendant agrees that any special assessment imposed shall be paid at the time of sentencing or within six months thereafter.

3. The Government and the defendant agree that a sentence of **84 months** (7 years) is the appropriate sentence for the offense to which the defendant is pleading guilty. The Government also agrees, pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure, to present this plea agreement between the parties to the Court for its approval. If the Court accepts the plea agreement and the specific sentence agreed upon by the parties, then the Court will embody in the Judgment and Commitment the disposition provided for in this plea agreement, pursuant to Rule 11(c)(4) of the Federal Rules of Criminal Procedure. The parties understand, however, that in light of other factors the Court may not agree that such a sentence is an appropriate one and may reject the plea agreement pursuant to Rule 11(c)(5) of the Federal Rules of Criminal Procedure. The parties agree that if the Court informs the parties of its rejection of the plea agreement, the defendant will be given an opportunity to withdraw the plea. The agreement with respect to the appropriate sentence effects only the period of incarceration. The otherwise applicable statutory and Guideline provisions are applicable to other sentencing incidents, specifically fines and terms of supervised release.

4. The parties agree that the defendant is entitled to credit for time served in the Countries of Colombia and Ecuador from the date of June 14, 2005 to the present.

5.   The defendant represents to the Court that he is pleading guilty freely and voluntarily because he is in fact guilty, and represents to the Court that he is fully satisfied with the legal advice, guidance and representation he has received from his attorneys.

6.   This Plea Agreement sets forth the entire understanding between the parties and constitutes the complete plea agreement between the defendant and the Narcotic and Dangerous Drug Section, Criminal Division, United States Department of Justice.

7.   There are no other agreements, promises, understandings or undertakings between the defendant and the government. The defendant understands and acknowledges that there can be no valid addition or alteration to this agreement unless the modification is made on the record in open Court or made in a writing signed by all of the parties.

|  |  |
|---|---|
|  | KENNETH BLANCO<br>Chief, Narcotic and Dangerous<br>Drug Section<br>Criminal Division<br>U.S. Department of Justice |
| Date: 10/23/07 | By: _____<br>Robert Feitel<br>Carmen Colon<br>Trial Attorneys |

## DEFENDANT'S ACCEPTANCE

I have read this plea agreement and have discussed it with my attorneys, Shawn Moore and Rita Bosworth, from the Federal Public Defender. I fully understand this agreement and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement fully. I am pleading guilty because I am in fact guilty of the offense identified in paragraph one.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this plea agreement. I am satisfied with the legal services provided by my attorney in connection with this plea agreement and matters related to it.

Date: _____    _JAIRO-MOTTA-V._____
                       JAIRO MOTTA VARGAS
                       Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting this plea agreement, reviewed them with my client, and discussed the provisions of the agreement with my client, fully. These pages accurately and completely set forth the entire plea agreement. I concur in my client's desire to plead guilty and cooperate with the Government as set forth in this agreement.

Date: _____    _Rita Bosworth_____
                       Counsel for Defendant